# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EMILY MORRISON, an Individual;** | |
| **Plaintiff,** | **8:19CV118** |
| vs. | **ORDER** |
| **ALEGENT CREIGHTON CLINIC, d/b/a CHI HEALTH CLINIC,** | |
| **Defendant.** | |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on August 18, 2020. In accordance with the settlement agreement read into the record,

**IT IS ORDERED:**

1. On or before **October 19, 2020**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 18th day of August, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge